IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RITA HARMON,

   Plaintiff,

vs.

KURANI, INCORPORATED d/b/a PIZZA HUT,

   Defendant.

Case No. 4:14-cv-00005 TMB

## ENTRY OF APPEARANCE

Jason A. Gazewood of Gazewood & Weiner P.C., whose address is 1008 16th Avenue, Suite 200, Fairbanks, Alaska, 99701, hereby enters his appearance as counsel for Rita Harmon, Plaintiff in this action, and requests that copies of all pleadings herein be served on him.

Dated: July 16, 2014

                GAZEWOOD & WEINER, PC
                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided via ☒ electronic filing :

Fisher & Phillips

Guess & Rudd

Dated: 07/16/14   By:/s/ Kristine Story

                By:/s/ Jason A Gazewood
                Jason A. Gazewood
                ABA No. 0211060

GAZEWOOD &
WEINER, PC

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com