IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RITA HARMON,

    Plaintiff,

vs.

KURANI INCORPORATED d/b/a PIZZA HUT,

    Defendant.

Case No. 4:14-cv-00005 TMB

## MOTION TO WITHDRAW UPON WRITTEN CONSENT

Jason A. Gazewood of Gazewood & Weiner, P.C. requests that he be permitted to withdraw as attorney of record based upon the attached written consent of Rita Harmon. I have provided Mrs. Harmon with a list of pending pretrial or post-trial deadlines, motion deadlines, and hearing dates and times, if any.

Dated: December 30, 2014

GAZEWOOD & WEINER, PC
Attorney for Plaintiff

By: /s/ Jason A Gazewood
Jason A. Gazewood
ABA No. 0211060

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was provided via ☐ fax ☒ mail ☒ electronic filing to the following:

Fisher & Phillips

Guess & Rudd

Rita Harmon- mail

Dated: 12/30/2014   By: /s/ Kristine Story

GAZEWOOD & WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

Case No. 4:14-cv-00005TMB
Page 1 of 1
Motion to Withdraw Upon Written Consent

Case 4:14-cv-00005-TMB   Document 27   Filed 12/30/14   Page 1 of 2

## CONSENT OF RITA HARMON

I, Rita Harmon, hereby consent to the withdrawal of Jason A Gazewood of Gazewood & Weiner, Attorneys at Law, P.C., as my attorney in this matter. Any further pleadings, correspondence or memoranda in this matter should be sent to me at: Rita Harmon, 2444 Singa, North Pole, AK 99705; telephone number 907-987-4359 and 907-687-1142.

DATED: 12.29.14

Rita Harmon

SUBSCRIBED AND SWORN TO before me the undersigned notary public this _____ day of Dec. 29, 2014.



Notary Public in and for Alaska
My commission expires: 2.22.17

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was provided via ☒ mail ☐ courier ☒ electronic filing to the following:

Fisher & Phillips

Guess & Rudd

Rita Harmon- mail

Dated: 12/30/14  By: /s/ Kristine Story

**GAZEWOOD & WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel : (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

Harmon v Kurani
Case No. 4:14-cv-00005 TMB

Page 1 of 1

Motion to Withdraw Upon Written Consent