```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

          RITA HARMON          vs.          KURANI, INC.

BEFORE THE HONORABLE     TIMOTHY M. BURGESS (TELEPHONIC)
CASE NO.                 4:14-cv-00005-TMB

DEPUTY CLERK:            DENALI ELMORE

OFFICIAL REPORTER:       R. JOY STANCEL

APPEARANCES:    PLAINTIFF: JASON GAZEWOOD (TELEPHONIC)

                DEFENDANT: STEVE A. MILLER (TELEPHONIC)

PROCEEDINGS: HEARING ON MOTION TO WITHDRAW AS ATTORNEY (DKT 27)
             HELD JANUARY 23, 2015:
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:31 a.m. court convened.

Court and counsel heard re Motion to Withdraw as Attorney (docket 27); **DENIED without prejudice.**

Mr. Gazewood stated that Mr. Foster Wallace would be filing a Notice of Substitution of Counsel. Court stated Mr. Gazewood would be allowed to withdraw at that point.

At 10:34 a.m. court adjourned.

DATE:    JANUARY 23, 2015        DEPUTY CLERK'S INITIALS:   DJE