Steve A. Miller (*Pro hac vice admission*)
Jessica D. Causgrove (*Pro hac vice admission*)
Fisher & Phillips LLP
10 S. Wacker Dr., Ste. 3450
Chicago, IL 60606
Telephone: (312) 346-8061
Facsimile: (312) 346-3179
smiller@laborlawyers.com
jcausgrove@laborlawyers.com

Christina A. Rankin
Guess & Rudd PC
510 L St., Ste. 700
Anchorage, AK 99501
Telephone: (907) 793-2200
Facsimile: (907) 793-2299

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| RITA HARMON,<br><br>        Plaintiff,<br><br>v.<br><br>KURANI, INC. d/b/a PIZZA HUT,<br><br>        Defendant. | Civil Case No.: 4:14-cv-00005-TMB |

### JOINT NOTICE OF SETTLEMENT

Plaintiff Rita Harmon ("Plaintiff"), by and through her attorneys, Zimmerman & Wallace, and Defendant Kurani, Inc. ("Defendant"), by and through its attorneys, Fisher & Phillips, LLP, hereby provide their Joint Notice of Settlement, and in support thereof, state as follows:

1.     The parties have reached an agreement as to the resolution of this ENTIRE litigation and as to ALL parties.

1

2.      The parties are in the process of executing the Settlement Agreement and anticipate distributing the settlement monies within the next thirty (30) days.

3.      The parties anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety, after the distribution of the settlement monies.

WHEREFORE, Defendant, Kurani, Inc., and Plaintiff, Rita Harmon, provide their Joint Notice of the Settlement in this matter, and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety and as to all parties.


Dated:  March 23, 2015                                  Respectfully submitted,

s/ Steve A. Miller                                           s/ John Foster Wallace
Steve A. Miller (*pro hac vice admission*)         John Foster Wallace
Jessica D. Causgrove (*pro hac vice admission*)   Zimmerman & Wallace
FISHER & PHILLIPS LLP                              711 Gaffney Road, Suite 202
Chicago, IL 60606                                     Fairbanks, AK 99701
Telephone: (312) 346-8061                             Telephone:  (907) 452-2211
Facsimile: (312) 346-3179                             Facsimile:  (907) 456-1137
smiller@laborlawyers.com                             foster@mzwlaw.com
jcausgrove@laborlawyers.com

                                                     *Attorney for Plaintiff*
Christina A. Rankin
Guess & Rudd PC
510 L St., Ste. 700
Anchorage, AK 99501
Tel.: (907) 793-2200
Facsimile: (907) 793-2299


*Attorneys for Defendant*

FPDOCS 30455654.1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on March 23, 2015, a true and correct copy the foregoing **JOINT NOTICE OF SETTLEMENT** was served upon the following:

John Foster Wallace
Zimmerman & Wallace
711 Gaffney Road, Suite 202
Fairbanks, AK 99701
Telephone: (907) 452-2211
Facsimile: (907) 456-1137
foster@mzwlaw.com
*Attorney for Plaintiff*

via Email and regular First Class U.S. Mail delivery.

s/ Steve A. Miller
Steve A. Miller (*Pro hac vice*)
COUNSEL FOR DEFENDANT

3